UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICKI LUCAS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:12CV2179 RWS ) |
| CHARTER COMMUNICATIONS, INC., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion to certify a class.  This motion will be denied without prejudice as premature.  Defendants have not filed an answer, and no scheduling conference has even been set or held.  The parties will undoubtedly require some discovery before the issue of class certification is properly before this Court.  Therefore, the parties will be expected to discuss issues of class certification, including discovery, briefing, bifurcation if necessary, and any requested hearing, before the Rule 16 conference is held so that the Court may enter an appropriate schedule for resolution of this issue and this case.

Accordingly,

**IT IS HEREBY ORDERED** that  plaintiffs' motion for class certification [#16] is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2013.