UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICKI LEWIS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:12CV2179 RWS |
| CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

As discussed with counsel during today's scheduling conference,

**IT IS HEREBY ORDERED** that the parties will submit a joint proposed protective order for the Court's consideration by **March 20, 2013.**

**IT IS FURTHER ORDERED** that the parties will provide their Rule 26(a)(1) disclosures no later than **April 15, 2013.**

**IT IS FURTHER ORDERED** that there will be a supplemental scheduling conference in the chambers of the undersigned on **June 21, 2013 at 10:00 a.m.** The parties shall file a joint proposed case management order by **noon on June 20, 2013.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of March, 2013.