UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICKI LUCAS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) CHARTER COMMUNICATIONS, INC., ) et al., ) ) Defendants. ) | Case No. 4:12CV2179 RWS |

**MEMORANDUM AND ORDER**

As discussed with the parties during today's status conference in the courtroom,

**IT IS HEREBY ORDERED** that there will be a scheduling conference in this case on **August 20, 2013 at 10:00 a.m. in the chambers of the undersigned.**

**IT IS FURTHER ORDERED** that, **by no later than 9:00 a.m. on August 19, 2013, the parties will file a proposed amended joint scheduling plan that complies with my Order Setting Rule 16 Conference dated January 29, 2013 and also addresses issues of class certification, including discovery, briefing, bifurcation if necessary, and any requested hearing.**[1]

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2013.

---

[1] This is not just a "suggestion" as both parties apparently thought my prior Order of March 7, 2013 was, and the parties must provide actual dates in their proposed plan - "x days after the Court's ruling" is not an actual date. **Both parties are responsible for submitting this document, and both parties will be sanctioned for failure to comply with this Order.** The Court will enter a scheduling Order at the August 20, 2013 conference if this case has not been settled, so I suggest that both parties engage in good faith settlement efforts if, as they claim, they believe this case can be resolved without further proceedings.