UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICKI LUCAS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) CHARTER COMMUNICATIONS, INC., ) et al., ) ) Defendants. ) | Case No. 4:12 CV 2179 RWS |

## MEMORANDUM AND ORDER

Plaintiff filed this putative class action complaint asserting federal jurisdiction based upon the Class Action Fairness Act. At the initial scheduling conference held on March 7, 2013, defendants indicated that the complained-of charge was an isolated mistake affecting only the named plaintiff. For that reason, the parties asked for and obtained permission to engage in some limited discovery to determine whether a class action was appropriate in this case. In their latest submission to the Court, the parties request an additional 30 days to determine whether early settlement can be reached. I will grant the parties some additional time, but this is the last continuance that will be granted for this purpose. If the parties have not settled this case by September 25, 2013, the Court will hold a supplemental scheduling conference. At that conference, plaintiff will be expected to set for the good faith basis for her allegation that this case is appropriate for resolution under the Class Action Fairness Act. If the Court has subject matter jurisdiction, then it will set a schedule for the remainder of the case.

**IT IS HEREBY ORDERED** that the scheduling conference set for **August 20, 2013 at 10:00 a.m. in the chambers of the undersigned is reset to Wednesday, September 25, 2013**

**at 10:30 a.m. in the chambers of the undersigned. The parties shall file a joint proposed scheduling plan by noon on Monday, September 23, 2013.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2013.